FILED IN OPEN COURT
DATE 4/14/2026
BY C. Armes
                    DEPUTY CLERK
Lynchburg DIVISION, W.D. of VA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 6:26CR7 |
| | ) |
| SHIRLEY HOLT | ) |
| Defendant. | |

### AGREED STATEMENT OF FACTS

This Statement of Facts briefly summarizes the facts and circumstances surrounding the criminal conduct at issue in this case. It does not contain all the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. The Statement of Facts is not protected by proffer agreement or any other agreement and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary, including, but not limited to, Federal Rules of Evidence 408 and 410 and Federal Rule of Criminal Procedure 11.

Defendant SHIRLEY HOLT (HOLT) resided in Gretna, Virginia and applied for Social Security benefits in Danville, Virginia, both located in the Western District of Virginia. HOLT then moved to Phoenix, Virginia and ultimately to Brookneal, Virginia. all located in the Western District of Virginia.

Title XVI Supplemental Security Income (SSI) is a federal program that makes monthly payments to people who have limited income and resources if they are age 65 or older or older or if they are blind or have another disability. Since SSI is a needs-based program, an individual must have limited income and resources to qualify once they meet the disability requirements. All income

and resources in the disabled individual's household, from all sources, is considered and may affect the amount of SSI benefits paid to an eligible person.

Between August 2014 and January 2024, Holt resided with DH and lived in Brookneal, Virginia under the same roof. In addition, Holt and DH both contributed to household expenses. Holt failed to report to SSA that DH was living wither her at this time. As a result, Holt continued to receive Title XVI SSI benefits in excess of what she was entitled.

The Social Security Administration fraud loss amount from August 1, 2014, through January 31, 2024, was $58,986.

Respectfully submitted,

CHARLENE R. DAY
Assistant United States Attorney

[
Seen and Agreed:

Date: _____4/14_____, 2026

_Charlene R. Day_
Charlene R. Day
Assistant United States Attorney

I have reviewed the above Agreed Statement of Facts with my attorney, and I agree that it is true and accurate.

Date: _March 24_, 2026

_Shirleym Holt_
SHIRLEY HOLT
Defendant

Mary Maguire, Esq.
Attorney for Defendant